**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7179**

GERALD D. FULLER,

            Plaintiff – Appellant,

      v.

D. KENNETH HORNING, Warden; DOUGLAS L. WEBB, COIV,

            Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (1:11-cv-01917-WMN)

Submitted:  November 29, 2012      Decided:  January 9, 2013

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gerald D. Fuller, Appellant Pro Se. Stephanie Judith Lane-Weber, Assistant Attorney General, Nancy P. Tennis, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gerald D. Fuller appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Fuller v. Horning</u>, No. 1:11-cv-01917-WMN (D. Md. June 19, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>